IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| AMIE L. MORNINGSTAR, | Case No. 2:15-cv-3077 |
| Plaintiff, | |
| v. | JUDGE ALGENON L. MARBLEY |
| | Magistrate Judge Deavers |
| CIRCLEVILLE FIRE & EMS DEPARTMENT, *et al.*, | |
| Defendants. | |

## VERDICT AND DAMAGES

1. On Plaintiff Amie Morningstar's federal disparate treatment claim against Defendants Circleville Fire Department and EMS Department and the City of Circleville, we find in favor of (check one)

   __✓__ Plaintiff Amie Morningstar or

   _____ Defendants Circleville Fire Department and EMS Department and the City of Circleville.

2. On Plaintiff Amie Morningstar's federal retaliation claim against Defendants Circleville Fire Department and EMS Department and the City of Circleville, we find in favor of (check one)

   __✓__ Plaintiff Amie Morningstar or

   _____ Defendants Circleville Fire Department and EMS Department and the City of Circleville.

3. On Plaintiff Amie Morningstar's federal hostile work environment claim against Defendants Circleville Fire Department & EMS Department and the City of Circleville, we find in favor of (check one)

   __✓__ Plaintiff Amie Morningstar or

   _____ Defendants Circleville Fire Department & EMS Department and the City of Circleville.

4. On Plaintiff Amie Morningstar's state law disparate treatment claim against Defendants Circleville Fire Department and EMS Department and the City of Circleville, we find in favor of (check one)

__√__ Plaintiff Amie Morningstar or

_____ Defendants Circleville Fire Department and EMS Department and the City of Circleville.

5. On Plaintiff Amie Morningstar's state law retaliation claim against Defendants Circleville Fire Department and EMS Department and the City of Circleville, we find in favor of (check one)

__√__ Plaintiff Amie Morningstar or

_____ Defendants Circleville Fire Department and EMS Department and the City of Circleville.

6. On Plaintiff Amie Morningstar's state law sexual harassment/hostile work environment claim against Defendants Circleville Fire Department & EMS Department and the City of Circleville, we find in favor of (check one)

__√__ Plaintiff Amie Morningstar or

_____ Defendants Circleville Fire Department & EMS Department and the City of Circleville.

7. On Plaintiff Amie Morningstar's intentional infliction of emotional distress claim against Defendant Marc Zingarelli, we find in favor of (check one)

__√__ Plaintiff Amie Morningstar or

_____ Defendant Marc Zingarelli.

***Complete the following question only if at least one of the above findings is in favor of Plaintiff Amie Morningstar:***

We find Plaintiff's compensatory damages to be:

$ 3,250,000.00    [*state the amount, or if you find that Plaintiff's damages have no monetary value, set forth a nominal amount such as $1.00; see instruction numbers 36, 37, 38, 39, 40, 44, 46, and 48 for reference, depending on your findings above*].

*If you found in favor of Plaintiff Amie Morningstar on her intentional infliction of emotional distress claim against Defendant Marc Zingarelli (statement 7 above), you must determine whether Marc Zingarelli is liable for punitive damages in addition to any compensatory damages awarded above. Complete the following question only if you find by clear and convincing evidence that Marc Zingarelli's actions demonstrated actual malice:*

In addition to compensatory damages, we make the following award to Plaintiff Amie Morningstar against Marc Zingarelli for punitive damages related to her intentional infliction of emotional distress claim:

$ 100,001.00           [*state the amount, if any, you find Plaintiff's punitive damages to be; see instruction number 47 for reference*].

We the jury so render our verdict upon the concurrence of those members who have signed below. All jurors must agree. Each juror concurring in this verdict sign his/her name hereto.

SIGNED THIS 22nd DAY OF August, 2018

65