AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
Southern District of Ohio

| | |
|---|---|
| Amie L. Morningstar | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  2:15-cv-3077 |
| Circleville Fire & EMS Department, et al. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:    The jury returned a verdict in favor of Plaintiff and against Defendants in the amount of $3,250,000.00 in
compensatory damages and $100,001.00 in favor of Plaintiff against Defendant Marc Zingarelli in punitive
damages related to her intentional infliction of emotional distress claim.                                    .

This action was *(check one)*:

☑  tried by a jury with Judge  Algenon L. Marbley _____ presiding, and the jury has
rendered a verdict.

❐  tried by Judge _____ without a jury and the above decision
was reached.

❐  decided by Judge _____ on a motion for

_____ .

Date:    8/22/18 _____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*